RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Benjamin Saul Stewart

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-164-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK HEARING** |
| v. | (Fourth Request)[1] |
| BENJAMIN SAUL STEWART, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Benjamin Saul Stewart, that the Status Check Hearing currently scheduled on August 25, 2020 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

---

[1] This is the first filed, stipulated request for a continuance. The Court has granted three prior orally-requested continuances. ECF Nos. 19–21.

This Stipulation is entered into for the following reasons:

1. Mr. Stewart is homeless. Attempts to reach him have been unsuccessful. Defense counsel requests more time to continue attempts to get in contact with defendant and to allow defendant to complete all remaining court ordered conditions.

2. The defendant is not in custody.

3. The parties agree to the continuance.

This is the fourth stipulated request for a continuance of the status check hearing.

DATED this 24th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN SAUL STEWART,<br><br>　　　　Defendant. | Case No. 2:19-mj-164-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Wednesday, August 25, 2020, at 1:30 p.m. be vacated and continued to November 23, 2020 at the hour of 2:00 p.m. in Courtroom 3C.

　　　DATED this 25th day of August, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3